PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0122 DAD |
|---|---|
| Plaintiff, | |
| v. | MOTION TO RECALL ARREST WARRANT FOR DEFENDANT STEVEN RAYMON WALLER AND ISSUE A SUMMONS |
| STEVEN RAYMON WALLER, | |
| Defendant. | |

Plaintiff United States of America, by and through its undersigned counsel, moves to recall the arrest warrant issued on May 4, 2023, for defendant Steven Raymon Waller ("Waller") in *United States v. Steven Raymon Waller*, Case No. 2:23-CR-0122 DAD. This motion further requests that a summons be issued for Steven Raymon Waller for an initial appearance date on August 1, 2023, before Magistrate Judge Jeremey D. Peterson at 2:00 p.m. This motion is brought pursuant to Rule 4 of the Federal Rules of Criminal Procedure and is based upon the facts set forth below.

1. On May 4, 2023, a grand jury in this district indicted Waller in *United States v. Steven Raymon Waller,* Case No. 2:23-CR-0122 DAD. In connection with the indictment, an arrest warrant was issued for Waller pursuant to Rule 4(a).

2. On or about July 19, 2023, Waller contacted the FBI case agent. The case agent told Waller that there was a warrant for his arrest.

3. Subsequently, attorneys from the Federal Defender's Office contacted the undersigned

1  regarding representing Waller.

2  4. On July 26, 2023, counsel for Waller placed Waller's initial appearance on calendar for

3  August 1, 2023 at 2:00 p.m. before Judge Peterson. ECF No. 7.

4  THEREFORE, I respectfully move the Court to recall the arrest warrant and issue a summons for

5  Waller to appear on August 1, 2023 at 2:00 p.m. before Judge Peterson.

Dated: July 27, 2023                                    PHILLIP A. TALBERT
                                                        United States Attorney

                                                  By:   /s/ NICHOLAS M. FOGG
                                                        NICHOLAS M. FOGG
                                                        Assistant United States Attorney

Motion to Recall Warrant

PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0122 DAD |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO RECALL ARREST WARRANT FOR DEFENDANT STEVEN RAYMON WALLER AND ISSUE A SUMMONS |
| STEVEN RAYMON WALLER, | |
| Defendant. | |

The United States moves pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure to recall the arrest warrant issued on May 4, 2023, for Steven Raymon Waller in the case of *United States v. Steven Raymon Waller,* Case No. 2:23-CR-0122-DAD. For the reasons set forth in the United States' motion, the Court GRANTS the motion. Accordingly, IT IS HEREBY ORDERED:

1. The arrest warrant issued on May 4, 2023, for Steven Raymon Waller in the case of *United States v. Steven Raymon Waller,* Case No. 2:22-CR-0122-DAD, is recalled.

///
///
///
///
///
///

[Proposed] Order Recalling Warrant

1

2. Pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure, the Court will issue a summons for defendant Steven Raymon Waller to make his initial appearance on August 1, 2023, at 2:00 p.m. before United States Magistrate Judge Jeremey D. Peterson.

IT IS SO ORDERED.

DATED: July 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE