UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 01, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN RAYMOND WALLER,

    Defendant.

Case No. 2:23-cr-00122-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVEN RAYMOND WALLER, Case No. 2:23-cr-00122-DAD, Charge 18 U.S.C. § 1029(a)(5), from custody for the following reasons:

    __X__  Release on Pretrial Services supervision with conditions.

    _____  Bail Posted in the Sum of $ _____

            _____  Unsecured Appearance Bond $ _____

            _____  Appearance Bond with 10% Deposit

            _____  Appearance Bond with Surety

            _____  Corporate Surety Bail Bond

            _____  (Other):

    _____  Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 01, 2023 at 2:14 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson