IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>STEVEN RAYMON WALLER,<br>       Defendant. | 2:23-cr-00122-DAD |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DENIS GUTSU,<br>       Defendant. | 2:23-cr-00272-KJM |

      Pusuant to the filing of the Notice of Related Cases in case numbers 2:23-cr-00122-DAD and 2:23-cr-00272-KJM on October 26, 2023;

      Case number 2:23-cr-00272-KJM is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

/////

/////

/////

/////

1

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:23-cr-00272-DAD**

IT IS SO ORDERED.

Dated: __**October 26, 2023**__

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE