HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
STEVEN RAYMON WALLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00122-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| STEVEN RAYMON WALLER, | Date:   April 9, 2024 |
| Defendant. | Time:   9:30 a.m. |
| | Judge:  Hon. Dale A. Drozd |

By this stipulation, the parties move to continue the status conference until June 11, 2024, and to exclude time between April 9, 2024 and June 11, 2024, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government has produced discovery which defense counsel will need further time to review and discuss Mr. Waller, who is presently engaged in inpatient treatment at Wellspace.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. §

3161, et seq., within which trial must commence, the time period of April 9, 2024 to June 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Mr. Waller's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: April 3, 2024                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Noa E. Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for STEVEN WALLER

DATED: April 3, 2024                    PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/ Nicholas Fogg*
                                        NICHOLAS FOGG
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Stipulation and Order to Continue Status Conference and Exclude Time      -2-      *United States v. Waller,* 2:23-cr-00122-DAD

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on June 11, 2024, at 9:30 a.m.  The Court orders the time from April 9, 2024 up to and including June 11, 2024, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:   **April 3, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE