HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
STEVEN RAYMON WALLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-00122-DAD |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| STEVEN RAYMON WALLER, | ) ) | Date: June 11, 2024 Time: 9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Dale A. Drozd |

By this stipulation, the parties move to continue the status conference until July 9, 2024, and to exclude time between June 11, 2024 and July 9, 2024, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government has produced discovery which defense counsel will need further time to review and discuss Mr. Waller, who has completed inpatient treatment at Wellspace.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2024 to July 9,

1   2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code
2   T4] because it results from a continuance granted by the Court at Mr. Waller's request on the
3   basis of the Court's finding that the ends of justice served by taking such action outweigh the
4   best interest of the public and the defendant in a speedy trial.
5         Nothing in this stipulation and order shall preclude a finding that other provisions of the
6   Speedy Trial Act dictate that additional time periods are excludable from the period within which
7   a trial must commence.

9   DATED: June 5, 2024            Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Noa E. Oren
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for STEVEN WALLER

15  DATED: June 5, 2024            PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ Nicholas Fogg
                                   NICHOLAS FOGG
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on July 9, 2024, at 9:30 a.m. The Court orders the time from June 11, 2024 up to and including July 9, 2024, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4. No further continuances of the status conference in this action will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **June 5, 2024**

    /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE