HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
STEVEN WALLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN WALLER,<br><br>        Defendant. | Case No. 2:23-CR-0122-DAD<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>JUDGE:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant STEVEN WALLER, through their respective attorneys that the release conditions imposed on Mr. Waller on February 15, 2024 (Doc. 30) be modified to allow for a curfew instead of home confinement.  The parties request to add the following condition to Mr. Waller's conditions of release:

  14.     CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

The proposed modifications are supported by his Pretrial Services Officer and the new conditions are attached as Exhibit A.  All other conditions shall remain in force.

//

//

DATED: June 7, 2024  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for STEVEN WALLER

DATED: June 7, 2024  PHILLIP TALBERT
United States Attorney

/s *Nicholas Fogg*
NICHOLAS FOGG
Assistant United States Attorney

## ORDER

The following release condition will be added for Mr. Waller as follows:

14. CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

Dated: June 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order
to Modify Special Condition of Release
-3-
*United States v. Waller*, 2:23-cr-00122-DAD