HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
STEVEN WALLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN WALLER,<br><br>　　　　Defendant. | Case No. 2:23-CR-0122-DAD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>JUDGE:  Hon. Allison Claire |

　　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant STEVEN WALLER, through their respective attorneys that the release conditions imposed on Mr. Waller on February 15, 2024 (Doc. 30) and modified to allow for a curfew instead of home confinement on June 10, 2024 (Doc. 39) be modified to remove location monitoring and curfew.  The proposed modifications are supported by his Pretrial Services Officer and the new conditions are attached as Exhibit A.  All other conditions shall remain in force.

//

//

DATED: August 22, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　*/s/ Noa E. Oren*
　　　　　　　　　　　　　　　　　　　　　NOA E. OREN

|   |   |
|---|---|
|   | Assistant Federal Defender<br>Attorney for STEVEN WALLER |
| DATED: August 22, 2024 | PHILLIP TALBERT<br>United States Attorney<br><br>/s *Nicholas Fogg*<br>NICHOLAS FOGG<br>Assistant United States Attorney |

## ORDER

The Court hereby removes Mr. Waller's location monitoring and curfew conditions and adopts his remaining release conditions in full force as specified in Exh. A.

Dated: August 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE