HEATHER E. WILLIAMS, SBN 122664
Federal Defender
NOA OREN, SBN 297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
STEVEN WALLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00122-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY SCHEDULE OF DISCLOSURE FOR PSR |
| vs. | |
| STEVEN WALLER | Date: November 19, 2024 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Nicholas Fogg, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa Oren, attorney for defendant Steven Waller., that the previously-scheduled sentencing hearing date of November 19, 2024, be continued to **December 10, 2024**, at 9:30 a.m, and that the disclosure schedule be modified as follows:

| | |
|---|---|
| Draft PSR disclosed: | October 29, 2024 |
| Informal Objections due: | November 12, 2024 |
| Final PSR due: | November 19, 2024 |
| Formal Objections due: | November 26, 2024 |
| Reply/Sentencing Memo: | December 3, 2024 |

Stipulation to Continue Sentencing Hearing      -1-

The parties wish to amend the PSR dates because there had not been an interview with probation for Mr. Waller in time to comply with the previous sentencing schedule. An interview took place on October 1, 2024, which was the current due date for the draft PSR under the previous sentencing schedule. The Assistant United States Attorney and the United States Probation Officer have no objection to this request. Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above.

Respectfully submitted,

Dated: October 2, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for Defendant
STEVEN WALLER

Dated: October 2, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Nicholas Fogg*
NICHOLAS FOGG
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The sentencing hearing date previously-scheduled for November 19, 2024, is continued to December 10, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 2, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing Hearing         -2-