HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
STEVEN WALLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVEN WALLER,<br><br>  Defendant. | Case No.  2:23-CR-00122-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE:  December 10, 2024<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for December 10, 2024, at 9:30 a.m. be continued to **December 17, 2024, at 9:30 a.m.**  Probation does not object to this request.

Defense counsel needs to review the final PSR with her client to prepare for any formal objections and an extended timeline is necessary to give counsel sufficient time to prepare for sentencing.  It is therefore requested that the matter be continued to December 17, 2024, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Formal Objections to Presentence Report Due: | December 3, 2024 |
| Reply or Statement of Non-Opposition Due: | December 10, 2024 |
| Judgment and Sentencing: | December 17, 2024 |

////

////

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: November 22, 2024       /s/ Noa Oren
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
STEVEN WALLER


PHILLIP A. TALBERT
United States Attorney

DATED: November 22, 2024       /s/ Nicholas Fogg
NICHOLAS FOGG
Assistant United States Attorney
Attorney for Plaintiff


**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for December 10, 2024 is CONTINUED to **December 17, 2024, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:  **November 22, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

WALLER: Stipulation and                    -2-
Order to Continue Sentencing and Modify PSR Schedule